IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____ / | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL AND FOR PLAINTIFF TO SHOW CAUSE** |

*This document relates to:*

Millard Copley, 05-4779 CRB
_____ /

Now pending for decision is the motion of the law firm of Beasley, Allen, Crow, Methvin, Portis and Miles P.C. to withdraw as counsel for plaintiff and to file a supporting affidavit under seal. The motion to file the affidavit under seal is GRANTED. After carefully considering the motion, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) Beasley, Allen's motion to withdraw should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If plaintiff wishes to contest the withdrawal of counsel and/or dismissal of the plaintiff's lawsuit for failure to prosecute, plaintiff shall notify the Court in writing on or before **May 18, 2007** of the reasons the withdrawal should not be granted or the case dismissed. In particular, if plaintiff wishes to proceed with this action, plaintiff shall advise the Court of the name and address of plaintiff's new counsel or, if plaintiff will be proceeding without counsel, plaintiff

1  must advise the Court of plaintiff's current contact information.  Plaintiff must also specify
2  whether plaintiff has produced the required fact sheets and medical record authorizations.
3       Plaintiff is warned that plaintiff's failure to communicate with the Court in writing as
4  set forth above may result in dismissal of the claims with prejudice.
5       Plaintiff's counsel shall ensure that plaintiff receives a timely copy of this Order.
6  **IT IS SO ORDERED.**

Dated: April 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\beasley2osc2.wpd