1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE BEXTRA AND CELEBREX                    No. MDL 05-01699 CRB
     MARKETING, SALES PRACTICES AND
12   PRODUCT LIABILITY LITIGATION,                **ORDER GRANTING MOTION TO
                                                  WITHDRAW AS COUNSEL AND
13   _____/            DISMISSING ACTION FOR A
                                                  FAILURE TO PROSECUTE**
14   *This document relates to:*

15      Millard Copley, 05-4779 CRB

16   _____/

17

18        On April 23, 2007, the Court issued an Order To Show Cause directing plaintiff

19   Millard Copley to show cause as to why (1) his counsel's motion to withdraw should not be

20   granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution.  In

21   particular, the Court directed plaintiff to notify the Court in writing on or before May 18,

22   2007 of the reasons the withdrawal should not be granted or the case dismissed if plaintiff

23   wished to contest either action.  As of the date of this Order plaintiff has not responded to the

24   Court's April 23, 2007 Order and has not otherwise communicated with the Court.

25   Accordingly, plaintiff's counsel's motion to withdraw is GRANTED and plaintiff's claims

26   are dismissed with prejudice for a failure to prosecute.

27        **IT IS SO ORDERED.**

28   Dated: May 30, 2007                    _____
                                            CHARLES  R. BREYER
                                            UNITED STATES DISTRICT JUDGE

     G:\CRBALL\2005\1699\showcauseorders\copleydismiss.wpd

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\showcauseorders\copley2dismiss.wpd