# IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**JOAN BITTEL, as the personal
representative of the estate of
HELEN V. BITTEL**

**Plaintiff,**

**v.**

**PFIZER, INC. et. al.,**

**Defendants.**

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE ONLY AS TO
CASE NO. 3:05-cv-04779**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for

the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff Joan Bittel, as

the personal representative of the estate of Helen V. Bittel is herby dismissed without

prejudice.

1.    Plaintiff is Joan Bittel; defendants are Pfizer, Inc., Pharmacia

Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2.    On April 29, 2005, plaintiff sued defendants;

3.    Plaintiff moves to dismiss her claims against defendants;

4.    This case is not a class action;

5.    A receiver has not been appointed to this action;

1

6.    Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

7.    Should Plaintiff or a representative of Plaintiff attempt to re-file her claims against Defendants, they shall do so only by filing said claims in federal court.

Respectfully submitted:

Dated:  _10/19/07_    By: _Navan Ward Jr._
Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Jere L. Beasley (AL State Bar No. BEA020)
Email: jere.beasley@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

Dated: _10-22-07_    **GORDON & REES**

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>October 23, 2007</u>



Hon, Charles R. Breyer
United States District C

3