IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

CASE NO.: 3:05-cv-4779

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**RICHARD M. BROWN,**

   **Plaintiff,**

vs.

**PFIZER, INC., et al.,**

   **Defendants.**

**STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE ONLY AS TO
CASE NO. 3:05-cv-4779**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff RICHARD M. BROWN, Individually (in the action styled as Sharon L. Allen, et al. v. G.D. Searle, et al.) is hereby dismissed with prejudice.

1. Plaintiff is RICHARD M. BROWN, Individually; Defendants are G.D. Searle, LLC; Pharmacia Corporation, Monsanto Company, and Pfizer, Inc.;

2. On April 29, 2005, Plaintiff sued Defendants;

3. Plaintiff moves to dismiss his claims against Defendants;

4. This case is not a class action;

5. A received has not been appointed in this action;

6. Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

Respectfully submitted:

Dated: 3/19/09    By: /s/ Navan Ward
Navan Ward, Jr. (AL State Bar No. WAR062)
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

Dated: 3/20/09    GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon, Esquire
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, California 94111
(415) 986-5900 telephone
(415) 986-8054 facsimile

*Defendants' Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 23, 2009    _____
HONORABLE CHARLES R. BREYER
United States District Court