IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

CASE NO.: 3:05-cv-4779

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

SHARON L. ALLEN,

        Plaintiff,

vs.

PFIZER, INC., et al.,

        Defendants.

STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE ONLY AS TO
CASE NO. 3:05-cv-4779

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff **SHARON L. ALLEN, Individually** (in the action styled as Sharon L. Allen, et al. v. G.D. Searle, et al.) is hereby dismissed with prejudice.

1. Plaintiff is SHARON L. ALLEN, Individually; Defendants are G.D. Searle, LLC; Pharmacia Corporation, Monsanto Company, and Pfizer, Inc.;

2. On April 29, 2005, Plaintiff sued Defendants;

3. Plaintiff moves to dismiss her claims against Defendants;

4. This case is not a class action;

5. A received has not been appointed in this action;

6. Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

Respectfully submitted:

Dated: 4/14/09

By: /s/ Navan Ward Jr.
Navan Ward, Jr. (AL State Bar No. WAR062)
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

Dated: 4/15/09

GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon, Esquire
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, California 94111
(415) 986-5900 telephone
(415) 986-8054 facsimile

*Defendants' Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 17, 2009

HONORABLE CHARLES R. BREYER
United States District Court

*IT IS SO ORDERED*
Judge Charles R. Breyer