UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
| | **ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to: | |
| Will Bass, Sr.     06-0087 CRB<br>Jean M. Benham, et al.     06-1689 CRB<br>Louise Bush     06-2431 CRB<br>Ethel L. Cook     05-4779 CRB<br>Junior Counts     06-2081 CRB<br>Richard Croft     06-1901 CRB<br>David L. Davis     08-1858 CRB<br>Robert C. Duke, et al.     07-0056 CRB<br>Julie E. Greer     08-1858 CRB<br>Wayne A. Gunnison     06-3665 CRB<br>Jonathan Halley     05-4781 CRB<br>Clarice Hare     05-4735 CRB<br>Earl J. Lachney     06-3094 CRB<br>Robert Lewis     08-0220 CRB<br>Randolph D. McMillion, et al.     07-0473 CRB<br>Lecia Nolan     06-2434 CRB<br>Clara Olmsted     08-1858 CRB<br>Heathere Ralph     06-2436 CRB<br>Martha Taylor     06-0087 CRB | |

1  The Court ordered the plaintiffs identified in the caption to show cause why their actions
2  should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause
3  order, no plaintiff listed in the caption has responded to the Court's order and no plaintiff
4  appeared at the show cause hearing. Accordingly, the actions identified in the above caption are
5  DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.
6  **IT IS SO ORDERED.**
7  Dated: September 25, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE