Kenneth J. Ignozzi
**DYER, GAROFALO, MANN & SCHULTZ, L.P.A.**
131 North Ludlow Street,
Suite 1400
Dayton, OH 45402
Telephone: 937-223-8888
Facsimile: 937-226-9420
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 05-4779 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Sharon L. Allen, et al.,<br><br>        Plaintiffs<br><br>vs.<br><br>G. D. Searle, LLC, et al.,<br><br>        Defendants. | **AMENDED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

   Come now the Plaintiffs Barbara J. Atherton, Patricia K. Bainter, Robert N. Beatty, Kenneth E. Bender, Harold D. Bigham, Sr., Lori Bishop as wrongful death Beneficiary of the Estate of Martin W. Bishop, Sr., deceased, Raquel G. Blake, Thelma M. Bolen, James L. Carrier, Linda Castro as wrongful death Beneficiary of the Estate of Darrell L. Castro, deceased, Albina M. Cellitti, Mona L. Collar, Timothy J. Crone, Linda J. Darbey, Dale H. Deckerd, Tamela Fese, as wrongful death Beneficiary of the Estate of Carl Harmon, deceased, Joyce C. Hansel, Donald E. Hazelwood, Bertha L. Henley, Wallace Howard, Ruby L. Jenkins, Shirley A. Johnson, Alvin F. Kanorr, Jr., Thomas A. Kimmel, William D. Koon, Jr., Michael J. Kovinchick, Sharon A.

-1-

Kuninger, Aldine E. Lapana, Donald Lisbon, John C. Lombard, Julia A. McClure, and Mickey M. McDerment, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 11-16, 2009      By: /s/ Kimmry J. Ignozzi

**DYER, GAROFALO, MANN & SCHULTZ, L.P.A.**
131 North Ludlow Street,
Suite 1400
Dayton, OH 45402
Telephone: 937-223-8888
Facsimile: 937-226-9420

*Attorneys for Plaintiffs*

DATED: Dec. 16, 2009      By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010

Hon. Charles R. Breyer
United States District Court