Kenneth J. Ignozzi
**DYER, GAROFALO, MANN & SCHULTZ, L.P.A.**
131 North Ludlow Street,
Suite 1400
Dayton, OH 45402
Telephone: 937-223-8888
Facsimile: 937-226-9420
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. : 05-4779 CRB**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Sharon L. Allen, et al., <br><br>                    Plaintiffs<br>vs.<br><br>G. D. Searle, LLC, et al.,<br><br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff Melissa Littrell, as wrongful death Beneficiary of the Estate of John K. Littrell, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

DATED: 12/22, 2009      By: _Kenneth J. Ignozzi_

**DYER, GAROFALO, MANN & SCHULTZ, L.P.A.**
131 North Ludlow Street,
Suite 1400
Dayton, OH 45402
Telephone: 937-223-8888
Facsimile: 937-226-9420

*Attorneys for Plaintiffs*

DATED: Dec. 28, 2009      By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010      _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE