Paul R. Click
5018 Central Avenue
Middletown, Ohio 45044
Telephone: (513) 425-7285
Email: raverc@hotmail.com

PLAINTIFF *Pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 05-4779 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br>*Sharon L. Allen, et al v. G. D. Searle, LLC, et al.* | STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF WITH PREJUDICE |

Come now Plaintiff Paul R. Click, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: Dec. 8, 2009            By: *Paul R. Click*

                               Paul R. Click
                               5018 Central Avenue
                               Middletown, Ohio 45044
                               Telephone: (513) 425-7285
                               Email: raverc@hotmail.com

                               PLAINTIFF *Pro se*

-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699

DATED: March 11, 2010              By: *[signature]*

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: April 5, 2010

*[signature]*

Hon. Charles R. Breyer
United States District Court

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699